UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:24-cr-17 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| DEWAYNE LEE WILLIAMS | ) |

### O R D E R

This matter is before the Court on the report and recommendation (the "R&R") of Magistrate Judge Susan K. Lee recommending the Court deny Defendant's amended motion to suppress evidence against him. (Doc. 51.) Defendant objects to several of the Magistrate Judge's findings of fact and conclusions of law and requests the Court to schedule oral argument to "aid resolution of this pretrial issue." (Doc. 58 at 1.) The United States ("the Government") opposes the objections and argues oral argument is unnecessary. (Doc 60).

The Court has reviewed the transcript of the evidentiary hearing before the Magistrate Judge, the exhibits introduced at the hearing, and the briefs the parties filed before and after the R&R issued. Due to the comprehensive record, the Court determines oral argument is unnecessary in this case. For the reasons stated in the accompanying memorandum, the Defendant's objections to the R&R (Doc. 58) are **OVERRULED**, the R&R (Doc. 51) is **ADOPTED in part and MODIFIED in part**, and Defendant's amended motion to suppress (Doc. 27) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**